```
____FILED      ____ENTERED
____LODGED     ____RECEIVED
```

**JAN 23 2009**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

**07-CV-00499-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYLVESTER JAMES MAHONE, | ) |
| Plaintiff, | ) Case No. C07-499-JLR-BAT |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| WASHINGTON STATE REFORMATORY, et al., | ) |
| Defendants. | ) |

The Court, having reviewed plaintiff's Third Amended Complaint in this 42 U.S.C. § 1983 civil rights action; the parties' pleadings including their motions for summary judgment; the report and recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for summary judgment (Dkt. 37) is DENIED;

(3) Defendants' cross-motion for summary judgment (Dkt. 39) is GRANTED;

(4) Plaintiff's claims and his Third Amended Complaint (Dkt. 41) are DISMISSED;

(5) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 23 day of January, 2009.

James L. Robart
United States District Judge

ORDER OF DISMISSAL – 1